## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**DREAMS, LLC**                                                                                    **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:22-CV-346-TSL-RPM**

**CERTAIN UNDERWRITERS AT LLOYD'S,**
**LONDON; PENINSULA INSURANCE**
**BUREAU, INC.; MATT HOFFMAN; AND**
**JOHN AND JANE DOE DEFENDANTS A, B,**
**AND C**                                                                                       **DEFENDANTS**

## NOTICE OF SETTLEMENT

COME NOW, Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy No. 77MJM-2706 ("Underwriters") (incorrectly identified as "Certain Underwriters at Lloyd's, London"), Peninsula Insurance Bureau, Inc., and Matthew Hoffman, by and through counsel, Phelps Dunbar LLP, and hereby notify the Court that a settlement has been reached in this matter. The parties are working to finalize the settlement and anticipate submitting an Agreed Judgment of Dismissal With Prejudice within forty-five (45) days.

Respectfully submitted, this the 11th day of August, 2022.

                                      CERTAIN UNDERWRITERS AT LLOYD'S,
                                      LONDON SUBSCRIBING TO POLICY NO.
                                      77MJM-2706; PENINSULA INSURANCE
                                      BUREAU, INC., AND MATTHEW HOFFMAN

                                      PHELPS DUNBAR LLP

                              BY:   *s/Drury S. Holland*
                                    Drury S. Holland, MS Bar 104371
                                    2602 13th Street, Suite 300
                                    Gulfport, Mississippi 39501
                                    Telephone: 228 679 1130
                                    Facsimile: 228 679 1131
                                    Email: dru.holland@phelps.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                              *s/Drury S. Holland*