# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

DREAMS, LLC     **PLAINTIFF**

VS.     CIVIL ACTION NO.: 3:22-CV-346-TSL-RPM

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; PENINSULA INSURANCE BUREAU, INC.; MATT HOFFMAN; AND JOHN AND JANE DOE DEFENDANTS A, B, AND C     **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON FOR CONSIDERATION, the joint, *ore tenus* motion of the parties for dismissal of this lawsuit with prejudice, and the Court being advised that the parties have come to an accord and satisfaction to resolve any and all claims arising out of the circumstances which form the basis for this lawsuit, find the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all claims asserted by Plaintiff against Defendants should be and hereby are dismissed in their entirety and with prejudice with each party to bear its own costs.

SO ORDERED, this the 26th day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed to:

_____
Robert Wiygul
Attorney for Plaintiff

_____
Scott Ellzey
Drury S. Holland
Attorneys for Defendants

PD.39855083.1